UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                        Case No. 11-cv-361-JL

Twelve Thousand Six Hundred ($12,600.00)
dollars in United States Currency, more or less,
seized from Daryl Singleterry,

O R D E R

The property at issue in this civil forfeiture action was seized in connection with the investigation and arrest of Daryl Singleterry on charges for which he was ultimately indicted in United States v. Daryl Singleterry, 11-cr-110-01-JD. Thus, after having consulted with Judge DiClerico, who is the presiding judge in the criminal case, this civil matter shall be reassigned to him and a new civil case shall be assigned to the undersigned.

    SO ORDERED.


Date: April 5, 2012                        /s/ Joseph N. Laplante
                                              Joseph N. Laplante
                                              Chief Judge


cc:    Robert J. Rabuck, AUSA