UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Twelve Thousand Six Hundred ($12,600.00) )<br>dollars in United States Currency, more or less, )<br>seized from Daryl Singleterry, )<br>)<br>Defendant *in rem* )<br>_____) | Civil No. 11-361-JD |

**FINAL ORDER OF FORFEITURE OF $8,000.00 OF DEFENDANT
IN REM $12,600.00, AND DISMISSAL OF THE REMAINDER OF $4,600.00**

1. On July 26, 2011, the United States filed a Verified Complaint for Forfeiture in Rem, seeking the forfeiture of the above-named asset, based upon alleged violations of 21 U.S.C. § 881(a)(6).

2. The United States and Daryl Singleterry have reached an agreement which provides for the forfeiture of $8,000.00 of the defendant *in rem* $12,600.00, and for the return of the remainder of $4,600.00 to Daryl Singleterry, through his counsel, Simon R. Brown, Esquire.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That all right, title and interest to $8,000.00 of defendant *in rem* $12,600.00 in U.S. Currency, more or less, seized from Daryl Singleterry, is hereby condemned, forfeited and vested in the United States of America pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

B. That the remainder of $4,600.00 from the defendant *in rem* is dismissed from this case.

C. That the forfeited funds shall be disposed of by the United States Marshals Service (USMS) in accordance with the applicable law and regulations. These funds, less any costs to the USMS pertaining to the defendant *in rem* property, shall be deposited into the Department of Justice Asset Forfeiture Fund in accordance with Title 28, United States Code, Section 524(c) and Title 21, United States Code, Section 881(e).

D. That the United States Marshals Service (USMS) is hereby ordered to electronically transfer the remainder of $4,600.00, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, to Daryl Singleterry, through his counsel, Simon R. Brown, Esquire of Preti, Flaherty, Beliveau and Pachios, PLLP.

The Clerk is hereby directed to send two certified copies of this Order to the United States Marshals Service and a copy to all counsel of record.

Dated: 12/18/2012

/s/ Joseph A. DiClerico, Jr.
UNITED STATES DISTRICT JUDGE